TIMOTHY COURCHAINE
United States Attorney
District of Arizona
VINCENT M. CRETA
Assistant U.S. Attorney
Arizona State Bar No. 019044
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004-4408
Telephone:  (602) 514-7500
Vincent.Creta@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **COMPLAINT** |
| v. | |
| Santos Rodriguez Celaya, | |
| Defendant. | |

The United States of America, through its undersigned counsel, files this Complaint and alleges as follows:

## NATURE OF ACTION

1.      This is a civil action brought under 19 U.S.C. § 1497 to recover a civil penalty issued by the U.S. Customs and Border Protection (CBP) in the amount of $213,960 from Defendant Santos Rodriguez Celaya in connection with Defendant's failure on January 21, 2021, to declare 18.87 ounces of synthetic cannabinoids during inspection at the DeConcini Port of Entry, Nogales, Arizona.

2.      As of the date of this Complaint, the CBP has attempted unsuccessfully to collect the penalty.

1

**JURISDICTION AND VENUE**

3.      The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355(a).

4.      Venue is proper in this district under 28 U.S.C. § 1391(b)(1) and (2) because Defendant is an Arizona resident and because the events underlying this action took place in this district.

**PARTIES**

5.      Plaintiff is the United States of America, suing on behalf of the CBP, an agency of the United States primarily tasked with regulating international trade, collecting import duties, and enforcing laws and regulations governing trade, drug, and immigration at the borders of the United States and its Territories.

6.      Defendant Santos Rodriguez Celaya is a resident of the State of Arizona, with a last known residence address in Tucson, Arizona.

**FACTS AND CLAIM FOR RELIEF**

7.      On January 21, 2021, Defendant arrived at the DeConcini Port of Entry in Nogales, Arizona to enter the United States from Mexico.

8.      During a secondary inspection on arrival, as verified through field testing, CBP agents discovered 18.87 ounces of synthetic cannabinoids, a controlled substance, hidden undeclared in bicycle tires in the bed of Defendant's truck.

9.      The amount of the penalty imposed for failing to declare a controlled substance is equal to either $500 or an amount equal to 1,000 percent of the value of the substance, whichever is greater. *See* 19 U.S.C. § 1497(a)(2)(A).

10.    When the penalty was assessed against Defendant, the price at which the undeclared controlled substance was likely to be illegally sold to the consumer equaled $1,133.86 per ounce, as determined by the Treasury Secretary in consultation with the Attorney General of the United States. *See id*. § 1497(b); Notice of Penalty or Liquidated Damages Incurred and Demand for Payment (Notice of Penalty), Exhibit 1.

11.    On January 22, 2021, the CBP assessed Defendant with a penalty of $213,960, as authorized under 19 C.F.R. § 162 *et seq*. and 19 U.S.C. § 1497. *See id*. The CBP sent the Notice of Penalty to Defendant at Defendant's Mesa, Arizona address provided during the inspection.

12.    Defendant did not petition for relief from the penalty assessed against him and no relief has been granted.

13.    The CBP sent its Notice of Debt and demands for payment to Defendant at his last and best known address in Mesa, Arizona on March 27, 2021, April 10, 2021, and April 24, 2021. The CBP sent the same notices to Defendant at a newly discovered residence address in Tucson, Arizona on December 15, 2021. Defendant did not respond to the notices and demands.

14.    As established above, Defendant failed to declare possession of a controlled substance during border inspection in violation of 19 U.S.C. § 1497, subjecting Defendant to a civil penalty of $213,960. No credits are due to Defendant and the full penalty amount remains due and owing.

15.    This action is timely filed. *See* 19 U.S.C. § 1621.

- 3 -

**PRAYER FOR RELIEF**

**WHEREFORE**, the United States of America requests that the Court enter judgment in Plaintiff's favor and against Defendant Santos Rodriguez Celaya for the sum of $213,960, plus costs, and for such further relief as it deems just and proper.

DATED: _____

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/ Vincent M. Creta*
VINCENT M. CRETA
Assistant U.S. Attorney