# EXHIBIT 1

| **DEPARTMENT OF HOMELAND SECURITY** **U.S. CUSTOMS AND BORDER PROTECTION** NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618 AND 19 USC 1623 | Case Number 2021260430008101 |
|---|---|
| | Port Code and Name 2604 NOGALES |

**TO:** RODRIGUEZ CELAYA, SANTOS,
BUSINESS
654 STAPLEY DR APT 101
MESA, AZ 85204

Demand is hereby made for payment of $213,960.00 , representing ☑ Penalties ☐ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

On 01/21/2021 you arrived at NOGALES. Controlled substances listed below were discovered on or around your person or in your baggage. You are liable for a civil monetary penalty of 1000 percent of the value of the controlled substances for failing to declare them. The circumstances of the violation are also described below: 534.9 GRAMS SYNTHETIC CANNABINOIDS 18 VIALS

On January 21, 2021 you arrived at 2147 hours. Controlled substances listed below were discovered on or around your person or in your baggage. You are liable for a civil monetary penalty of 1000 percent of the value of the controlled substances for failing to declare them. The circumstances of the violation are also described below:
Failure to declare synthetic cannabinoids hidden within a bicycle tire.

| Identified Narcotics | Ounces Discovered | Value Per Ounce | Total Drug Value |
|---|---|---|---|
| Other - SYNTHECTIC CANNABINOIDS | 18.87 | $1,133.86 | $21,396.00 |
| **Grand Total** | | | **$21,396.00** |

| **LAW OR REGULATION VIOLATED** | **BOND BREACHED** | |
|---|---|---|
| 19 USC 1497 | Bond Activity Type: Bond #: | |
| **Description of Bond** | **Bond Type** | **Amount** $ |
| **Bond Effective Date** | | |
| **Name and Address of Principal on Bond** | | |
| **Name and Address of Surety on Bond** | **Surety Identification No** | |

CBP Form 5955A (01/15)

| DEPARTMENT OF HOMELAND SECURITY U.S. CUSTOMS AND BORDER PROTECTION | Case Number 20212604300008101 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT 19 USC 1618 AND 19 USC 1623 | Port Code and Name 2604 NOGALES |

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT
19 USC 1618 AND 19 USC 1623

**Case Number**
20212604300008101

**Port Code and Name**
2604 NOGALES

TO:  RODRIGUEZ CELAYA, SANTOS,
BUSINESS
654 STAPLEY DR APT 101
MESA, AZ 85204

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Fines, Penalties and Forfeitures Officer at: FPF OFFICE, 9 NORTH GRAND AVENUE, NOGALES, AZ 85621.

Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim.

**TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF**

60 days from the date of this notice

| Signature RACHEL YUBETA | Title FPF Officer (520) 761-5947 | Date 01/22/2021 |
|---|---|---|

CBP Form 5955A (01/15)